NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5025, -5035

SYSTEM FUELS, INC., and ENTERGY ARKANSAS, INC.,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in case 03-CV-2623, Judge Charles F. Lettow.

ON MOTION

Before GAJARSA, <u>Circuit Judge</u>.

## O R D E R

The United States submits a status report in response to this court's April 28, 2008 order and moves to continue the stay of proceedings until this court disposes of the United States' petition for en banc rehearing in <u>Carolina Power & Light Co. v. United States</u>, 573 F.3d 1271 (Fed. Cir. 2009) and this court's final disposition in <u>Nebraska Public Power District v. United States</u>, No. 2007-5083. System Fuels, Inc. et al. (System Fuels) responds and requests that the court lift the stay.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States' motion to continue the stay of proceedings is granted. These appeals shall remain stayed pending this court's final disposition in both <u>Carolina Power & Light Co.</u> and <u>Nebraska Public Power</u>. The United States is directed to inform the

court within 30 days of the final disposition of the last decided appeal how it believes these appeals should proceed.  System Fuels may also respond within that time.

FOR THE COURT

SEP 3 0 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Catherine E. Stetson, Esq.
       Alan J. Lo. Re, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK

2008-5025, -5035

- 2 -